RECEIVED
IN LAKE CHARLES, LA

SEP 21 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| SOUTH CENTRAL LABORERS HEALTH AND WELFARE FUND; SOUTH CENTRAL LABORERS TRAINING AND APPRENTICESHIP FUND; SOUTH CENTRAL LABORERS' EMPLOYERS COOPERATION AND EDUCATION TRUST; LABORERS NATIONAL PENSION FUND and LABORERS LOCAL 207<br>    Plaintiffs<br><br>versus<br><br>ALCO BUILDERS, INC. | CIVIL ACTION<br><br>NO.: 2:05CV65<br><br>JUDGE: TRIMBLE<br><br>MAGISTRATE: WILSON |

## JUDGMENT BY DEFAULT

Upon Plaintiffs' Motion for Judgment by Default, and it appearing from the return of the process server filed in this case that Defendant, Alco Builders, Inc., was served with a copy of the Complaint and Summons, and it appearing further that default is entered by the Clerk of this Court against said Defendant for its failure to plead or file an answer to the Complaint, or otherwise appear in this case, against which Plaintiffs are entitled to a Judgment by Default, and for cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Judgment by Default be and it is hereby granted.

**IT IS FURTHER ORDERED** that the Defendant Alco provide to Plaintiffs, on their demand, access to its records so that Plaintiffs may perform the audit of payroll records as required by the Working Agreement and the various Trust Agreements, so that the amount of any and all delinquent contributions and penalties owed the Plaintiffs can be determined.

**IT IS FURTHER ORDERED** that the costs of this audit are awarded to the Plaintiffs.

**IT IS FURTHER ORDERED** that Defendant Alco shall pay such amounts that are deemed to be due as a result of the audit, together with interest, penalties, and liquidated damages.

**IT IS FURTHER ORDERED** that Defendant Alco pay to the Plaintiff, Laborers National Pension Fund, $2,343.90 in attorneys' fees and $254.80 in court costs generated through August 1, 2005, together with any additional litigation expenses generated before the order is fully executed.

**IT IS FURTHER ORDERED** that Defendant Alco pay to the Plaintiff, South Central Laborers Training and Apprenticeship Fund, $505.66 in attorneys' fees and $34.44 in court costs generated through August 1, 2005, together with any additional litigation expenses generated before the order is fully executed.

**IT IS FURTHER ORDERED** that Defendant Alco pay to the Plaintiff, Ohio Valley and Southern States Laborers-Employers Cooperation and Education Trust, $207.90 in attorneys' fees and $6.85 in court costs generated through August 1, 2005, together with any additional litigation expenses generated before the order is fully executed.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this matter until it is satisfied, and retains the authority to impose additional penalties and expenses against Defendant Alco should they be deemed appropriate.

Lake Charles, Louisiana, September 21, 2005.

_____
UNITED STATES DISTRICT JUDGE

2